```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 1 4 2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Nicholas Gerardi, C/O Miss Terry Vitale,

                           Plaintiff,

   -against-

Home Depot,
                         Defendant.
------------------------------------------------------------X

08 Civ. 5616 (PAC)

**TRANSFER ORDER TO THE SDNY**
**DISTRICT COURT LOCATED IN**
**WHITE PLAINS, N.Y**

HONORABLE PAUL A. CROTTY, United States District Judge:

The claims in the above-captioned case arose in New Rochelle, New York in Westchester County. The plaintiff resides in Mount Vernon, New York also located in Westchester County. Accordingly, the Clerk of Court is directed to transfer and reassign the above-captioned case to the United States District Court in White Plains, New York, pursuant to Rule 21(a) (i) of the Rules for the Division of Business Among District Judges in the Southern District of New York.

Dated: New York, New York
        July 14, 2008

                                              SO ORDERED

                                              PAUL A. CROTTY
                                              United States District Judge

Copy Mailed To:

Nicholas Gerardi
631 North Terrace Avenue
Mount Vernon, NY 10552

1