UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
Nicholas Gerardi

                Plaintiff(s)

                v.

Home Depot

                Defendants(s)
------------------------------------------------------------------X

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

08 CV 5616 (SCR) (LMS)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

**X** General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*

    _____

    If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

___ Settlement*

___ Inquest After Default/Damages Hearing

___ For jury selection

___ Habeas Corpus

___ Social Security

___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

    Purpose:_____

    _____

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____
                _____

All such motions:_____

* Do not check if already referred for general pretrial.

DATED:  White Plains, New York
_7/29/08_

SO ORDERED.

_Stephen C. Robinson_
United States District Judge
Stephen C. Robinson